■  CONCETTA SILINONTE, an Infant by ANGELO SILINONTE, Her Father, et al., Respondents, v BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.—In a negligence action to recover damages for personal injuries, etc., defendant appeals from a judgment of the Supreme Court, Kings County, entered March 10, 1975, after a jury trial, which is in favor of plaintiffs. Judgment affirmed, with costs. The verdict was not against the

weight of the evidence and the damages awarded were not excessive. Latham, Acting P. J., Margett, Damiani, Rabin and Shapiro, JJ., concur.